DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE ANTONIO GAMEZ-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>             Plaintiff,       )<br>                              )<br>        v.                    )<br>                              )<br> JOSE ANTONIO GAMEZ-ALVARADO, )<br>                              )<br>             Defendants.      )<br>                              )<br>_____) | Cr.S. 10-0382-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>DATE:  November 15, 2010<br>TIME:  8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, JOSE ANTONIO GAMEZ-ALVARADO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, October 25, 2010, be continued to Monday, November 15, 2010, at 8:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference set for November 15, 2010,
2  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
3  (Local Code T4).
4
5  DATED: October 21, 2010        Respectfully submitted,
6                                 DANIEL J. BRODERICK
                                  Federal Defender
7
                                  /s/ Benjamin Galloway
8                                 BENJAMIN GALLOWAY
                                  Assistant Federal Defender
9                                 Attorney for Defendant
                                  JOSE ANTONIO GAMEZ-ALVARADO
10
11 DATED: October 21, 2010        BENJAMIN B. WAGNER
                                  United States Attorney
12
                                  /s/ Benjamin Galloway for
13                                MICHELE BECKWITH
                                  Assistant U.S. Attorney
14                                Attorney for Plaintiff
15
16
17                               **O R D E R**
18    **IT IS SO ORDERED.**  Time is excluded from today's date through and
19 including November 15, 2010, in the interests of justice pursuant to 18
20 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
21 T4.
22
23 DATED:   October 22, 2010
24                       _____
25                       WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE
26
27
28

2